IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| BRIAN E. DUKE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:20-cv-00065 |
| MEGAN TAYLOR, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is Judge Holmes' Report and Recommendation, which was filed on February 6, 2023. (Doc. No. 114). Through the Report and Recommendation, Judge Holmes recommends that Defendants' pending motion to dismiss (Doc. No. 110) be granted and that this case be dismissed with prejudice under Rule 16(f) and Rule 41(b) of the Federal Rules of Civil Procedure. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' motion to dismiss (Doc. No. 110) is **GRANTED** and this action is **DISMISSED** with prejudice under Rule 16(f) and Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE